◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   3:19-CR-00037-001  (CAR) |
| **ROBERT ELLIS** | |

On August 17, 2020, The Court sentenced Ellis to the custody of the Bureau of Prisons for a term of 40 months followed by three years of supervised release for the offense of Possession of Cocaine with Intent to Distribute. He commenced supervised release on January 12, 2023.

Ellis has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended he be discharged from supervision.

Respectfully submitted,

*Argelys Medina*

Argelys Medina
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __20__ day of __May__, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE